```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr52-7 (DLC)
          -v-                            :
                                         :         ORDER
CHARKEEM PAYNE,                          :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 4, 2021, this Court was informed that the defendant wished to enter a change of plea in this matter and requested that this proceeding occur via videoconference as opposed to in person.  Accordingly, it is hereby

ORDERED that a change of plea is scheduled to occur on **May 6, 2021 at 3:00 PM** via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, please use the following link:

[https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZjljMzRlYjAtYjM1My00OTA4LWE3OTYtMDA2NWNmMGMyOGY5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d](https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZjljMzRlYjAtYjM1My00OTA4LWE3OTYtMDA2NWNmMGMyOGY5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d)

To use this link, you may need to download software to use the platform's videoconferencing features.[1] The link in this order is currently live.  **Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link.  Defense counsel shall assist the defendant in testing the videoconference capability so that the defendant can participate by videoconference**.  Participants, including defense counsel, shall report any difficulties accessing the link to chambers **no later than 24 hours** in advance of the conference so that chambers may assist the parties.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  If the participant is using an internet browser, it is recommended to use either **Microsoft Edge** or **Google Chrome** as Teams is not fully compatible with other browsers. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

        Call-in number:   917-933-2166
        Conference ID:    947 750 862#

Dated:    New York, New York
          May 4, 2021

                                            _____
                                                  DENISE COTE
                                     United States District Judge