```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA                :
                                        :       20cr52-7 (DLC)
              -v-                       :
                                        :          ORDER
CHARKEEM PAYNE,                         :
                                        :
                   Defendant.           :
                                        :
--------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the change of plea scheduled to occur on May 6 at 3:00 PM is rescheduled to May 7, 2021 at 2:00 PM.  To access the conference, please use the following link:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZjljMzRlYjAtYjM1My00OTA4LWE3OTYtMDA2NWNmMGMyOGY5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

```
        Call-in number:     917-933-2166
        Conference ID:      947 750 862#
```

Please refer to the Order issued on May 4, 2021 for any further information.

Dated:     New York, New York
           May 6, 2021

                                   _____
                                   DENISE COTE
                                   United States District Judge