# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

September 10, 2021

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Charkeem Payne
Ind. No. 20 Cr. 52 (DLC)

Dear Judge Cote:

This letter is respectfully submitted to advise the Court that we would prefer to be present for the upcoming sentencing proceeding. It is currently scheduled for September 16 which turns out to be a Jewish holiday. I was not aware of this conflict when the date for sentencing was set. Would it be possible to briefly adjourn the proceeding? I understand from chambers that September 21 or 22 may be dates that are convenient for the Court. The government is available in the afternoon for both dates. My apologies for any inconvenience. Thank you for your consideration of this matter.

*The sentence is adjourned to 9/21 at 3:00 p.m.*
*Denise Cote*
*9/10/21*

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Thomas J. Wright, Esq.