AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARKEEM PAYNE | ) | Case No.  20 Cr 52 (DLC) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: AMC Transfer, Inc.
3580 Oceanside Road # 6
Oceanside, New York 11572

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>500 Pearl Street<br>New York, N.Y. 10007 | Courtroom No.: 18B |
|---|---|
| | Date and Time: 10/07/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
All personel records for former employee Charkeem Payne for the years 2014 through 2019 including but not limited to time sheets, records and.or documents reflecting dates and hours of employment, pay stubs, W-2's etc.

(SEAL)

*[signature]*
10/4/21

CLERK OF COURT

Date: 10/01/2021

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Charkeem Payne
_____, who requests this subpoena, are:

Michael H. Sporn
Attorney at Law
299 Broadway
Suite 800
New York, New York 10007

Tel. No. (212) 791-1200
email: mhsporn@gmail.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  20 Cr 52 (DLC)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: